**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3348-17T3

LISA SQUITIERI,

      Plaintiff-Respondent,

v.

COUNTY OF PASSAIC
and CAMELIA M. VALDES,

      Defendants-Appellants.

_____

Submitted February 14, 2019 – Decided April 1, 2019

Before Judges Simonelli, O'Connor and Whipple.

On appeal from Superior Court of New Jersey, Law Division, Bergen County, Docket No. L-8196-17.

Genova Burns LLC, attorneys for appellants (Angelo J. Genova and Jennifer Roselle, of counsel and on the brief; Ryann M. Aaron, on the briefs).

Porzio, Bromberg & Newman, PC, attorneys for respondent (Kerri A. Wright, of counsel and on the brief; David L. Disler, on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2